# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Laura Fashing

United States Magistrate Judge

Clerk's Minutes – Initial

| Date: | 12/10/2015 | Case Number: | MJ 15-4175 SCY | |
|---|---|---|---|---|
| Case Title: USA v. | Glenn Gene Fernandez | Liberty: | Gila @ | 11:20 |
| Courtroom Clerk: | N. Maestas | Total Time: | 3 minutes | |
| Probation/Pretrial: | Annie Candelaria | Interpreter: | n/a | |

ATTORNEYS PRESENT:

| Plaintiff: | Kimberly A. Brawley | Defendant: | Pro Se |
|---|---|---|---|

PROCEEDINGS:

| ☐ | Defendant Sworn | | | |
|---|---|---|---|---|
| ☒ | Defendant received copy of charging document | | | |
| ☒ | Defendant advised of rights and penalties | | | |
| ☒ | Defendant wants Court appointed counsel | | | |
| ☒ | Government moves to detain | | | |
| ☒ | Defendant remanded to the custody of the United States Marshal's Service | | | |
| ☒ | Preliminary/Detention | Gila | 12/11/2015 | @ 9:30 a.m. |
| ☐ | Other: | | | |