# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Glenn Gene Fernandez<br><br>_Defendant_ | )<br>)  Case No.<br>)<br>)  15 mj 4175<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Glenn Gene Fernandez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C Section 2250 Failure to Register under the Sex Offender Registration and Notification Act

Date: 12/1/15

_Issuing officer's signature_

City and state: Albuquerque, New Mexico

Steven C. Yarbrough
U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 12/1/15, and the person was arrested on _(date)_ 12-9-2015
at _(city and state)_ Albuquerque, NM.

Date: 12-9-2015

_Arresting officer's signature_

K. DANZOL
_Printed name and title_