# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Laura Fashing

United States Magistrate Judge

Clerk's Minutes – Preliminary / Detention

| | | | |
|---|---|---|---|
| Date: | 12/11/2015 | Case Number: | MJ 15-4175 SCY |
| Case Title: USA v. | Glenn Gene Fernandez | Liberty: | Gila @ 10:24 |
| Courtroom Clerk: | N. Maestas | Total Time: | 2 minutes |
| Probation/Pretrial: | Andrew Selph | Interpreter: | n/a |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Norman Cairns | Defendant: | Irma Rivas |

PROCEEDINGS:

- ☒ Defendant waives Preliminary hearing
- ☒ Court finds probable cause
- ☒ Defendant waives detention hearing
- ☒ Defendant remanded to the custody of the United States Marshal's Service
- ☐ Other: