FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 0 8 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**GLENN GENE FERNANDEZ**,<br><br>    Defendant. | CRIMINAL NO. 16-838 JB<br><br>18 U.S.C. § 2250(a) and 42 U.S.C. § 16913: Failure to Update Registration. |

INFORMATION

The United States Attorney charges:

From on or about February 21, 2013, continuing to on or about December 1, 2015, in Rio Arriba County, in the District of New Mexico and elsewhere, the defendant, **GLENN GENE FERNANDEZ**, a person required to register under the Sex Offender Registration and Notification Act, by reason of a conviction under state law, did knowingly travel in interstate and foreign commerce and fail to update a registration as required by Title 42, United States Code, Section 16913, the Sex Offender Registration and Notification Act.

In violation of 18 U.S.C. § 2250(a) and 42 U.S.C. § 16913.

DAMON P. MARTINEZ
United States Attorney

*[signature]*
For RAQUEL RUIZ VELEZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103-0607
(505) 346-7274