FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 0 8 2016
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 16-838 JB |
| vs. | ) |
| GLENN GENE FERNANDEZ, | ) |
| Defendant. | ) |

# WAIVER OF INDICTMENT

I, **GLENN GENE FERNANDEZ**, the above named Defendant, who is accused of violating 18 U.S.C. § 2250(a) and 42 U.S.C. § 16913, a felony, that being knowingly traveling in interstate and foreign and failing to update a registration while a person required to register under the Sex Offender Registration and Notification Act by reason of a conviction under state law, and being advised of the nature of the charge, the Information, and of my rights, hereby waive in open Court on _____ prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

_____
**GLENN GENE FERNANDEZ**
Defendant

_____
**IRMA RIVAS**
Attorney for Defendant

Before: _____
UNITED STATES MAGISTRATE JUDGE