FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 0 8 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Cr. No. 16-838 JB |
| | ) |
| vs. | ) |
| | ) |
| **GLENN GENE FERNANDEZ,** | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' PROFFER OF EVIDENCE AT TRIAL

The United States of America hereby submits a proffer of evidence that if this matter were to proceed to trial, the United States would prove through competent and admissible evidence, beyond a reasonable doubt, that the Defendant violated 18 U.S.C. § 2250(a) and 42 U.S.C. § 16913, that being failure to update registration, by the following:

1. From on or about February 21, 2013, continuing to on or about December 1, 2015, in Rio Arriba County, in the District of New Mexico and elsewhere, the defendant, GLENN GENE FERNANDEZ failed to update a registration as required by Title 42, United States Code, Section 16913, the Sex Offender Registration and Notification Act.

2. The defendant is a person required to register under the Sex Offender Registration and Notification Act due to a conviction under the law of the State of California.

3. The defendant traveled in interstate commerce from California to New Mexico, and established residence in New Mexico.

4. The Defendant knowingly failed to register or update registration as a sex offender.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*(signed)*

For RAQUEL RUIZ-VELEZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274
(505) 346-7296 fax

I HEREBY CERTIFY that a true copy of
this pleading was provided to Counsel for
Defendant on March 3, 2016.

*(signed)*

For Raquel Ruiz-Velez
Assistant U.S. Attorney

2